# EXHIBIT B





# Jayme Gordon's
# Panda Power™



## "Kid Panda & Red Panda"

(C) & TM The Jayme Gordon Company  All Rights Reserved

# CHARACTER PROFILE



### Kid Panda™

Built like a Budha, round as a ball, broad at the shoulders, about 5 feet tall.

Serious yet fun loving, boisterous and loud, a guardian of goodwill this panda is proud.

Kid is the more mature of the two pandas often finding himself playing the role of big brother to Red. He has a fondness for eating all types of food, especially Chinese take out when he's feeling homesick. Most of all, he has a sweet-tooth for bamboo.

**Attributes:**
• Enormous 300-pound size
• Dense mass for strength
• A brawler with ancient Chinese fighting skills
• Goodwill

**Vulnerabilities:**
• Often homesick
• Watching out for Red

(C) & TM The Jayme Gordon Company  All Rights Reserved

# CHARACTER PROFILE

## _Red Panda_™

Fast as a bullet, eye on the ball, agile and limber, about 2 feet tall.

Playful and mischievous, the life of the crowd, a guardian of goodwill this panda is proud.

Red is the more immature of the two pandas often finding himself needing to be saved by Kid.  He is a prankster and sees the humor in most situations.  Unlike Kid he is tired of eating Chinese take out and often enjoys more variety.

**Attributes:**
* Small 2 foot size
* Energetic
* Ancient Chinese fighting skills
* Goodwill

**Vulnerabilities:**
* Small 2 foot size
* Impatient



(C) & TM The Jayme Gordon Company  All Rights Reserved

# *Panda* **Power**™

## ★ *Bamboo For Two* ★

## STORY OUTLINE
### page 1

*The year was 1279* and the mountainous southwestern landscape of China, which was once lush with golden and green forests of bamboo, was becoming a barren wasteland; the remnant of many a conquerer. In this vast and changing land known as Grand China, many a panda were displaced, left homeless, without food, or hunted for their skins. *Two pandas*, one red panda and one giant panda, became companion travelers in search of food and a new home. They headed north.

Meanwhile, *Kublai Khan*, the grandson of Genghis Khan, was residing in his latest conquest, The Empire of the Northern Sun where he was planning his next move. This would later be the destination of the northern-bound pandas.

On a warm sunny morning a traveler came to the *Court at Cambaluc* bringing with him gifts from abroad for Kublai Khan.

(C) & TM  The Jayme Gordon Company

# STORY OUTLINE
## page 2

The traveller was *Marco Polo,* the famous explorer, merchant and trader. He brought many intriguing and unique gifts for Kublai, the most impressive being *two magical golden medallions* that he had found at the foot of the elusive and mysterious *Fountain of Youth*. The medallions were believed to have supreme powers and the gift of eternal life for he who possesses them.

Kublai Khan was very impressed and gave Marco many lengths of the finest golden silks. They celebrated in the court yard until the dawn of the following day.   Kublai Khan, although very grateful, stowed the medallions away in **The Temple of Ten-Thousand Treasures**.

Kublai believed the medallions would make him childlike if he used them before the last of his senior years.  So in the well-guarded temple they waited.  They lay in the open palms of ***the giant frowning Budha*** *statue* in the center of the sacred temple.  Kublai Khan then left in pursuit of his next battle from which he never returned.

(C) & TM  The Jayme Gordon Company

# STORY OUTLINE
## page 3

The temple guards assigned to its doors succommed to an ever tempting greed and made off with many a treasure and loot. The temple became a ruiness structure where two weary pandas found shelter and slept in the palms of the giant Budha.

One morning, after many years had passed, a beautiful rainbow pierced the stained glass window at the roof of the temple and carressed the belly of the Budha statue. As the frowning Budha smiled, the pandas were awoken from their long slumber and found themselves dressed in the uniform of temple guards, their chests adorned with *the medallions of power and eternal youth*.

Magically, the temple was once again restored to the beautiful place it used to be and its gardens were strewn with fields of flower and bountiful *forests of bamboo*. The pandas had found the home they had been searching for and they guarded it against all unwelcome intruders.

(C) & TM  The Jayme Gordon Company

# STORY OUTLINE
## page 4

In the years that followed, the empire had become a *peacable kingdom* for all species of friendly animals seeking refuge from man's world.  They were able to live their lives fully and without threat.

*Seven-hundred years* had passed and the empire remained unspoiled, hidden in forest so dense and secluded it no longer needed its well-loved temple guards, the  panda duo, **Kid Panda** and **Red Panda**, who had guarded it with the utmost care and attention.

Over the years, the pandas heard many intriguing tales of the world outside their peaceful empire.  They continued to grow anxious and very curious, so one day, with the power of the sacred medallions and the blessings of their forest friends they embarked on a voyage, a journey of discovery and goodwill.  They set their wooden boat adrift down China's famous Long River and set their sights on the new world...




(C) & TM  The Jayme Gordon Company



# "HEROES OF THE HOUR"

(C) & TM  The Jayme Gordon Company

# Panda Power™

## ★ Opening Theme Song ★

annimated series

P-P-P-Panda Power
Heroes of the hour

One is short and one is tall
Built like a Budha, eye on the ball

P-P-P-Panda Power
Heroes of the hour

One like a bullet, one like a wall
Here to protect us, one and all

P-P-P-Panda Power
Heroes of the hour

P-P-P-Panda Power
Heroes of the ... hour!

(C) & TM  The Jayme Gordon Company



(C) & TM The Jayme Gordon Company  All Rights Reserved



(C) & TM The Jayme Gordon Company  All Rights Reserved



 **Kid Panda**™ 



# The Temple of Ten-Thousand Treasures™

# The Empire of the Northern Sun™

# Bamboo For Two™

# Built like a Budha™

The above characters, story lines, names, phrases, and all related materials are the exclusive property of The Jayme Gordon Company.   Use without the expressed written consent of Jayme Gordon is prohibited.

*The Jayme Gordon Company*

*P.O. Box 51*

*Randolph, Massachusetts  02368*

*617 473-6247*

© & TM The Jayme Gordon Company  All Rights Reserved