UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAYME GORDON, * <br> * <br> Plaintiff, * <br> v. * <br> * <br> DREAMWORKS ANIMATION SKG, INC., * <br> DREAMWORKS ANIMATION LLC, and * <br> PARAMOUNT PICTURES CORPORATION, * <br> * <br> Defendants. * <br> * | Civil Action No. 11-10255-JLT |

ORDER

October 19, 2011

TAURO, J.

After considering Plaintiff's Emergency Motion for Protective Order and Sanctions [#34], this court hereby orders that:

1. Defendants may not depose Plaintiff Jayme Gordon until after a hearing before this court. With that exception, this court's Scheduling Order [#32] of August 17, 2011 remains in effect.

2. Defendants' response to Plaintiff's Motion [#34] must be filed by November 1, 2011.

3. The parties must appear for a hearing on this matter before the court on November 8, 2011 at 2:15 p.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge