# Fish & Richardson p.c.

One Marina Park Drive
Boston, Massachusetts
02210-1878

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

November 20, 2012

Ms. Zita Lovett
Clerk to Honorable Joseph L. Tauro
United States District Court
   For the District of Massachusetts
One Courthouse Way
Boston, MA  02210

Re: Gordon v. Dreamworks, Civil Action No. 1:11-cv-10255-JLT



Dear Ms. Lovett:

Pursuant to the Court's Notice dated October 2, 2012 that a new trial date will be announced by the Court and Judge Tauro's directive during the afternoon session of yesterday's motions hearing that we contact you directly with trial counsels' availability, plaintiff is available for trial any time between January 22, 2013, and March 22, 2013.  Plaintiff estimates that one week should be adequate for trial in this case.

Respectfully submitted,

/s/ Gregory A. Madera

Gregory A. Madera

GAM/kal

Enclosure

cc:     Counsel of Record for Defendant

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC