# Fish & Richardson p.c.

One Marina Park Drive
Boston, Massachusetts
02210-1878

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

November 26, 2012



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC

Ms. Zita Lovett
Clerk to Honorable Joseph L. Tauro
United States District Court
   For the District of Massachusetts
One Courthouse Way
Boston, MA  02210

Re: Gordon v. Dreamworks, Civil Action No. 1:11-cv-10255-JLT

Dear Ms. Lovett:

Responsive to the letter filed by counsel for defendants on Wednesday, November 21, 2012, plaintiff respectfully reiterates its request that a trial date be reset and a related pretrial scheduling order accordingly be issued at the Court's earliest convenience. Plaintiff notes that in addition to its previously noted dates of availability, plaintiff is also available for trial the month of June 2013.

Respectfully submitted,

/s/ Gregory A. Madera

Gregory A. Madera

cc:    Counsel of Record for Defendant

22944772.doc