# FISH & RICHARDSON P.C.

One Marina Park Drive
Boston, Massachusetts
02210-1878

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

March 12, 2013

Ms. Zita Lovett
Clerk to Honorable Joseph L. Tauro
United States District Court
   For the District of Massachusetts
One Courthouse Way
Boston, MA  02210



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC

Re:  Gordon v. DreamWorks, Civil Action No. 1:11-cv-10255-JLT

Dear Ms. Lovett:

Further to my letters of November 21, 2012 (Docket No. 172) and November 26, 2012 (Docket No. 175) and Judge Tauro's directive that counsel submit proposed dates for trial (Docket No. 173), Plaintiff is also available for trial beginning the week of September 23, 2013 and during the month of October 2013.

Respectfully submitted,

/s/ Gregory A. Madera

Gregory A. Madera
Counsel for Plaintiff

FISH & RICHARDSON P.C.

**Error! No text of specified style in document.**
March 12, 2013
Page 2


Boston
Letter (General Litigation) (Re).doc
Cursor **Type the body of your letter here**

Letter to Client (Litigation) (Closing).doc
**Error! Not a valid filename.**