UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAYME GORDON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:11-10255-JLT |
| | * |
| DREAMWORKS ANIMATION SKG, INC., DREAMWORKS ANIMATION LLC, and PARAMOUNT PICTURES CORP., | * |
| | * |
| Defendants. | * |

ORDER

March 28, 2013

TAURO, J.

For the reasons set for in the accompanying memorandum, this court hereby orders that:

1. Defendants' Motion to Dismiss on Grounds of Spoliation [#117] is ALLOWED IN PART AND DENIED IN PART. Plaintiff's 2008 copyright registration is excluded from evidence.

2. Defendants' Motion for Summary Judgment [#99] is DENIED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge