UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAYME GORDON,<br><br>        *Plaintiff,*<br><br>    v.<br><br>DREAMWORKS ANIMATION SKG, INC., DREAMWORKS ANIMATION LLC, and PARAMOUNT PICTURES, CORP.,<br><br>        *Defendants.* | C.A. No. 1:11-cv-10255 |

## ASSENTED-TO MOTION FOR WITHDRAWAL OF COUNSEL

In accordance with Local Rule 83.5.2(c), Plaintiff Jayme Gordon hereby moves the Court to withdraw the appearances of Thomas A. Brown and Maureen M. Brenner as attorneys for Plaintiff in the above-captioned case and to remove Mr. Brown and Ms. Brenner from the Court's electronic notification system for this case. Juanita R. Brooks, Roger A. Denning, Michael J. Kane, Joel D. Leviton, Gregory A. Madera, and Kristen McCallion of the law firm of Fish & Richardson P.C., and Mark A. Fischer of the law firm of Duane Morris LLP, will continue to represent Jayme Gordon. Defendants DreamWorks Animation SKG, Inc., DreamWorks Animation LLC, and Paramount Pictures, Corp., have assented to this motion.

.

| | |
|---|---|
| Dated: June 17, 2013 | /s/ Gregory A. Madera |
| | Gregory A. Madera (BBO #313020) |
| | FISH & RICHARDSON P.C. |
| | One Marina Park Drive |
| | Boston, MA 02210-1878 |
| | (617) 542-5070 |
| | madera@fr.com |

Juanita R. Brooks, pro hac vice
Roger Denning, pro hac vice
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
brooks@fr.com; denning@fr.com

Michael J. Kane, pro hac vice
Joel D. Leviton, pro hac vice
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070
kane@fr.com; leviton@fr.com

Kristen McCallion, pro hac vice
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, NY 10022
(212) 765-5070
mccallion@fr.com

Mark A. Fischer, BBO #167,100
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210-2243
(857) 488-4200
mafischer@duanemorris.com

ATTORNEYS FOR PLAINTIFF
JAYME GORDON

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2013, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants. I further certify that, in accordance with Local Rule 83.5.2(c), a copy of this motion has been sent to Plaintiff by electronic mail.

/s/ Gregory A. Madera
Gregory A. Madera

## CERTIFICATE OF CONFERENCE

On May 1, 2013, the undersigned counsel conferred with Defendants' counsel concerning the relief sought in this Motion, and was advised that Defendants' counsel assent to this Motion.

*/s/ Kristen McCallion*
Kristen McCallion