# Fish & Richardson p.c.

One Marina Park Drive
Boston, Massachusetts
02210-1878

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC

July 17, 2013

Ms. Zita Lovett
Clerk to Honorable Joseph L. Tauro
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Jayme Gordon v DreamWorks Animation SKG, Inc.
      USDC-MA - C.A. No. 1:11-cv-10255-JLT

Dear Ms. Lovett:

The Court has set a trial date in this matter for October 7, 2013 (Docket No. 187). Accordingly, the parties exchanged expert reports on July 9, 2013 and are otherwise proceeding in accordance with the Federal Rules of Civil Procedure with respect to pretrial submissions. Counsel for Plaintiff Mr. Gordon would ask that the Court's Pretrial Order be entered to provide further guidance to the parties and ensure that they comply in all respects with the Court's standard procedures and timing for trial preparation.

Very truly yours,

/s/ Gregory A. Madera

Gregory A. Madera

GAM/kal

23060238.doc