UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAYME GORDON,<br><br>          Plaintiff,<br><br>   v.<br><br>DREAMWORKS ANIMATION SKG, INC.,<br>DREAMWORKS ANIMATION LLC, and<br>PARAMOUNT PICTURES, CORP.,<br><br>          Defendants. | C.A. No. 1:11-cv-10255-JLT |

## STIPULATION FOR DISMISSAL

Plaintiff Jayme Gordon ("Plaintiff"), on the one hand, and defendants DreamWorks Animation SKG, Inc., DreamWorks Animation LLC, and Paramount Pictures Corp. (collectively "Defendants"), on the other hand, by and through their respective attorneys of record in this action (the "Action"), hereby agree and stipulate as follows with reference to the following facts:

WHEREAS, Defendants' counsel recently met and conferred with Plaintiff's counsel regarding additional evidence that Defendants had located;

WHEREAS, Plaintiff has agreed to dismiss this Action with prejudice, and without receiving compensation of any kind;

WHEREAS, the parties to this Action have not entered into any settlement agreement, other than this stipulation for dismissal;

NOW, THEREFORE, THE PARTIES HERETO STIPULATE AS FOLLOWS:

With no monetary consideration being exchanged between the parties hereto, Plaintiff agrees to and does hereby dismiss this Action with prejudice as to all Defendants, and further agrees that Defendants shall be deemed to be the prevailing party in this Action for purposes of the Copyright Act.

Defendants agree that, although they are the prevailing party in this Action, they will and hereby do waive their right to recover from Plaintiff, and/or his legal counsel, fees and/or costs incurred in connection with this Action.

Dated:  July 30, 2013

Respectfully Submitted,


JAYME GORDON,

DREAMWORKS ANIMATION SKG, INC.,
DREAMWORKS ANIMATION LLC, and
PARAMOUNT PICTURES, CORP.

By his Attorneys,

By their Attorneys,

/s/ Juanita R. Brooks

/s/ Jonathan Zavin

Juanita R. Brooks, *pro hac vice*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
brooks@fr.com

Jonathan Zavin, *pro hac vice*
Wook Hwang, *pro hac vice*
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone:  212.407.4161
Facsimile:  212.658.9105
jzavin@loeb.com
whwang@loeb.com

Gregory A. Madera, BBO #313,020
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Telephone:  (617) 542-5070
madera@fr.com

David Grossman, *pro hac vice*
Eric Shwartz (Admitted Pro Hac)
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone:  310.282.2000
Facsimile:  310.282.2200
dgrossman@loeb.com
eschwartz@loeb.com

Michael J. Kane, *pro hac vice*
Joel D. Leviton, *pro hac vice*
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
kane@fr.com; leviton@fr.com

John A. Shope, BBO #562,056
Julia Huston, BBO #562,160
David A. Kluft, BBO #658,970
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone:  617.832.1000
Facsimile:  617.832.7000
jhuston@foleyhoag.com
jshope@foleyhoag.com
dkluft@foleyhoag.com

Kristen McCallion, *pro hac vice*
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Telephone:  (212) 765-5070
mccallion@fr.com

/s/   Mark A. Fischer
Mark A. Fischer
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210-2243
Telephone:  (857) 488-4200
mafischer@duanemorris.com



Plaintiff,


Jayme Gordon



## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 30th day of July, 2013.

/s/ Juanita R. Brooks

Juanita Brooks